**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| **CLIENT NETWORK SERVICES, INC.,** ) | |
| ) | |
| Petitioner/Judgment Creditor, ) | |
| ) | |
| v. ) | Case No.: 6:19-mc-21-PGB-TBS |
| ) | |
| **STEPHEN A. SMITH,** ) | |
| ) | |
| Respondent/Judgment Debtor. ) | |
| ) | |
| **TENABLE, INC.** ) | |
| ) | |
| Garnishee. ) | |

**PETITIONER'S RESPONSE TO MOTION TO DISSOLVE
CONTINUING WRIT OF GARNISHMENT**

Petitioner/Judgment Creditor Client Network Services, Inc. ("CNSI"), initiated this action to enforce a judgment entered in its favor against Respondent/Judgment Debtor Stephen A. Smith ("Smith") in the $355,735.18, plus post-judgment interest at the statutory rate. The Court issued a Writ of Garnishment to the clerk of court on or about July 10, 2019.

While the judgment remains unsatisfied, Smith filed a motion to dissolve the continuing writ of garnishment in which he entitlement to a "Head of Family" exemption pursuant to § 222.11(2)(b) (ECF No. 12). Since the filing of that motion, counsel for Smith has provided certain financial documents to counsel for CNSI regarding Smith's "Head of Family" claim. CNSI is making this filing to inform the Court that based on counsel's review of the documentation Smith has provided, CNSI is not filing an opposition to Smith's motion to dissolve continuing writ of garnishment.

-2-

Dated: August 13, 2019

        Respectfully submitted,

        */s/ Hilda Piloto*
        Hilda Piloto
        Florida Bar No. 0154120
        SAUL EWING ARNSTEIN & LEHR LLP
        Southeast Financial Center
        200 S. Biscayne Blvd., Suite 3600
        Miami, FL 33131
        (305) 428-4504 Telephone
        (305) 374-4744 Facsimile
        hiIda.piloto@saul.com

        *Counsel for Plaintiff/Judgment Creditor*
        *Client Network Services, LLC*

-3-

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that the foregoing **PETITIONER'S RESPONSE TO MOTION TO DISSOLVE CONTINUING WRIT OF GARNISHMENT** was filed using the Court's CM/ECF system on August 13, 2019, which will send a notice of electronic filing to all counsel of record.

                                            */s/ Hilda Piloto*
                                            Hilda Piloto